# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:13-cr-055 |
| Thomas Michael Dietz, II, | ) | |
| | ) | |
| Defendant. | ) | |

On May 30, 2013, the defendant, Thomas Michael Dietz, II ("Dietz"), filed a motion to amend his release conditions so that he can attend a Residential Rehabilitation Treatment Program for Veterans located in St. Cloud, Minnesota. He advises the court that he has obtained approval to attend the program and that his admission date is June 17, 2013.

The court **GRANTS** Deitz's motion (Docket No. 20). The court shall suspend the condition of Dietz's home confinement as of June 17, 2013. Deitz is further authorized to travel from North Dakota to the Residential Rehabilitation Treatment Program in St. Cloud on June 17, 2013. He shall return to North Dakota upon completion of the program. Once he returns to North Dakota, his home confinement condition shall be reinstituted.

**IT IS SO ORDERED.**

Dated this 31th day of May, 2013.

                                                          */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr.
                                                          United States Magistrate Judge